In the Matter of the Accounting of BERTRAM KEYSERLING, as Executor of ANNA BISCONTI, Deceased, Appellant. MARGARET BISCONTI, Appellant; JOHN H. CONROY, as Special Guardian for PETER I. BISCONTI and Others, Infants, et al., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ. [See 281 App. Div. 969.]

202-4 EAST 29TH STREET CORP. v. ISAAC GROPPER et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 281 App. Div. 1018.]

BELLA LEVITEN v. 540 EAST 138TH STREET CORP. et al.— Motion for reargument granted and, upon reargument, the original decision of this court is republished to read as follows: " Order unanimously modified so as to strike out item 10. This item calls for details of an accounting in advance of determination of the question of the existence of the agreement upon which plaintiff relies to establish her interest in the property and her right to an accounting. Should she establish the fact of the agreement she may then be entitled to the relief she now seeks, but prematurely. The date for the examination to proceed shall be fixed in the order. Settle order on notice." Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 281 App. Div. 1017.]

CRAWFORD CLOTHES, INC., et al., v. KAUFMAN-8TH AVE. CORPORATION.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ. [See 281 App. Div. 968.]

HERMAN GLUCKMAN V. SHERMAN S. KRELLBERG, Individually and as Administrator of the Estate of ALFRED S. KRELLBERG, Deceased, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 281 App. Div. 880.]

In the Matter of HARRY KUNIN et al., as Stockholders of TITLE GUARANTEE AND TRUST COMPANY, Appellants. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Present — Peck, P. J., Glennon, Dore and Bergan, JJ. [See 281 App. Div. 635.]

(June 11, 1953.)

In the Matter of MYRON MAGED (Also Known as MYRON A. MAGED), an Attorney.— Application for reinstatement granted. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.